UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CATHLEEN V. COMPTON**                                                                 **PLAINTIFF**

**v.**                          **CASE NO. 4:09cv00785 BSM**

**LINENS N THINGS and**                                                             **DEFENDANTS**
**GE MONEY BANK**

## ORDER OF DISMISSAL

Plaintiff Cathleen V. Compton filed a motion to dismiss with prejudice due to the settlement of all issues. [Doc. No. 4].

Accordingly, this case is dismissed with prejudice due to settlement.

IT IS SO ORDERED this 2nd day of November, 2009.


_____
UNITED STATES DISTRICT JUDGE